IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By JAMES R. KLEIN, Administrator, | ) ) Civil Action No. 08-1551 |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JO D CONTRACTING, INC., | ) ) |
| Defendant. | ) ) |

## STIPULATION FOR EXTENSION OF TIME

The undersigned counsel hereby stipulate that Defendant in the above-captioned matter shall have an extension of time until June 8, 2009 to file an Answer to Plaintiff's Complaint as parties are attempting to negotiate settlement of this matter. Defendant has agreed to this Stipulation.

DATED: May 7, 2009

JO D CONTRACTING, INC.

By: /s/ Santos Maldonado
Title: President

Approved:

*[signature]*

United States District Judge
LIT:457056-1 10342-120778

DATED: MAY 7, 2009

TUCKER ARENSBERG, P.C.

/s/ Jeffrey J. Leech
Jeffrey J. Leech, Esquire
PA I.D. No. 19814
Jonathan A. Orie, Esquire
PA I.D. No. 207078
1500 One PPG Place
Pittsburgh, PA 15222
Attorneys for Plaintiff